The People of the State of New York, Respondent, v. Emil Riesenberger, Appellant.— Motion granted on default.  Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Complainant, v. Henry Scholz, Defendant.—Motion granted on default.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. John Thompson, Appellant.— Motion granted.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Complainant, v. Joseph Wegmann, Defendant.— Motion granted on default.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Complainant, v. John Wilson, Defendant.— Motion granted on default.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

James A. Whitcomb, Appellant, v. Walker Hill, Respondent, and R. Russell Brant, Defendant.— Motion denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Elsa Wittgren, as Administratrix, etc., of Niles Bernhard Wittgren, Deceased, Appellant, v. Wells Brothers Company of New York, Respondent.— Motion denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Abraham J. Berlin and George Ludwig, Respondents, v. Morris Pearlberg, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Anthony Chisholm, Respondent, v. T. A. Gillespie Company, Appellant. — Judgment and order unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

John T. Clarke, Respondent, v. James G. Marshall and Others, Appellants, and Others, Defendants.— Order affirmed, without costs.  No opinion.  Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Burr, J., dissented on the authority of Leach v. Haight (4 App. Div. 613).

Nathan W. Davis, Respondent, v. William Higginson, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.